Submitted on record and briefs August 27, reversed and remanded
September 30, 1998

STATE OF OREGON,
*Appellant,*

*v.*

LOUIS TRIP LAFORTEZA,
*Respondent.*

(10-95-08822; CA A91492)

964 P2d 1155

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for appellant.

No apperance for respondent Louis Trip Laforteza.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

Reversed and remanded. *State v. Ready*, 323 Or 645, 919 P2d 495 (1996); *State v. Stoneman*, 323 Or 536, 920 P2d 535 (1996).